UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jones & Jones
45 Essex Street
Hackensack, New Jersey 07601
(201) 487-3600
Attorneys for Spencer Savings Bank, SLA
/s/VINCENT J. MASSA III, ESQ.
Vincent J. Massa III
Identification No. 1085

| | |
|---|---|
| In Re:<br><br>ARTEX, INC. | Case No.:  23-21516<br><br>Chapter:  11<br><br>Judge:  J.K. Sherwood |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Spencer Savings Bank, SLA. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Vincent J. Massa III, Esq.
Jones & Jones
45 Essex Street
Hackensack, NJ 07601

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 12/28/2023

/s/VINCENT J. MASSA III, ESQ
Signature

*new.8/1/15*