**SCURA, WIGFIELD HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
David L. Stevens, Esq.
E-mail: dstevens@scura.com
*Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:*<br><br>Artex, Inc.,<br><br>      Debtor. | Case No. 23-21516 (JKS)<br><br>Chapter 11, SubCh V<br><br>Hon. Judge John K. Sherwood |

## NOTICE OF TELEPHONIC MEETING OF CREDITORS

**TO: All Parties-in-Interest**

**PLEASE TAKE NOTICE** that the Meeting of Creditors for the captioned debtor, Artex, Inc., has been scheduled for Wednesday, January 24, 2024 at 10:00 AM.

All parties who wish to participate can join telephonically.

  Call in Number: +1 929-229-5442

  Meeting ID: 982 824 153#

YOUR PARTICIPATION IS WELCOMED, BUT NOT REQUIRED.

                S<small>CURA</small>, W<small>IGFIELD</small>, H<small>EYER</small>,
                S<small>TEVENS</small> & C<small>AMMAROTA</small>, LLP
                Attorneys for Debtor

Dated: January 9, 2024          */s/ David L. Stevens*
                  David L. Stevens, Esq.